NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-5114, -5115

FRANCISCO JAVIER RIVERA AGREDANO and
ALFONSO CALDERON LEON,

Plaintiffs-Cross Appellants,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims
in 05-CV-608, Judge Emily C. Hewitt.

ON MOTION

Before NEWMAN, Circuit Judge.

## O R D E R

The cross-appellants move for leave to file a 19,000-word opening brief. The cross-appellants also move for an extension of time to file their opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The motion for leave to file a 19,000-word opening brief is denied.

(2)   The motion for an extension of time is granted. The cross-appellants' opening brief, not to exceed 16,500 words, is due no later than June 8, 2009.

FOR THE COURT

**MAY 1 8 2009**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2009

JAN HORBALY
CLERK

cc:    Teresa Trucchi, Esq.
        Patricia M. McCarthy, Esq.

s8